

Jennifer Okes
District Operations Special Advisor
201 East Colfax Ave.
Denver, CO 80203
Okes_J@cde.state.co.us

Ms. Okes,

I write seeking assurance that the Colorado Department of Education (the "CDE") will not claw back funding for Riverstone Academy based on its religious character. Recent communications from the CDE clearly establish that the CDE believes Education ReEnvisioned BOCES ("ERBOCES") is violating Colorado law by providing state funding to Riverstone Academy, a Christian school. Despite this, the CDE has granted funding to Riverstone, with the caveat that all funds will be clawed back if provided in violation of state law. These contradictory messages leave ERBOCES in an untenable position: we have received state funding but have been told that using it will result in it being clawed back.

On October 10, 2025, ERBOCES received a letter from the CDE stating that the CDE believed ERBOCES had requested funding for pupils at a religious school in violation of state law. The school in question is Riverstone Academy, a religious contract school in Pueblo, Colorado. In its letter, the CDE was very clear that it believes providing funding for pupils at a religious school violates both Colorado statutes and the Colorado Constitution. The letter stated that "any school that ERBOCES operates must be nonsectarian in nature."

I responded to that letter by informing the CDE that refusing to fund a school solely because of its religious character would violate the First Amendment of the United States Constitution. The CDE never responded.

Now, the CDE has granted funding for Riverstone Academy, but is subjecting ERBOCES to an audit to ensure compliance with state law. This comes after the State sent a letter informing ERBOCES that funding Riverstone would violate state law. It therefore seems clear that using the funding the CDE has provided would result in the CDE clawing it back. The CDE has, within a matter of weeks, warned ERBOCES not to fund Riverstone, then given ERBOCES the money to fund Riverstone. As best we can tell, if we fail to navigate this impossible situation, the CDE will claw back our state funding. Putting ERBOCES and Riverstone in this position is manifestly unfair. A claw back of the entire funded amount would be devastating for ERBOCES and Riverstone.

Specifically, ERBOCES seeks the answer to the following question:

> Will the CDE guarantee that funding will not be clawed back from ERBOCES or Riverstone based on Riverstone's religious character?

**EXHIBIT B**

It is imperative that ERBOCES can have confidence in its funding levels going forward. We request that you provide written answers to this question by February 13, 2026. I look forward to your response.

Sincerely,

Ken Witt, Executive Director
Education ReEnvisioned BOCES
ken@edreenvisioned.org

Cc:

Susana Cordova
Commissioner of Education
cordova_s@cde.state.co.us
commissioner@cde.state.co.us

Sheldon Rosenkrance
Chief District Operations Officer
rosenkrance_s@cde.state.co.us

Daniel Van Schooten
Director of State Board Relations
van_schooten_d@cde.state.co.us

Rebecca McRee
School Finance Audit Manager
Mcree_r@cde.state.co.us

Sheryl Gifford
Principal, Riverstone Academy
sgifford@riverstonepueblo.com

**EXHIBIT B**