IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-595-SKC-MDB

EDUCATION REENVISIONED BOCES, et al.,

Plaintiffs,

v.

SUSANA CÓRDOVA, in her official capacity as Colorado Commissioner of Education, et al.,

Defendants.

---

**STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT
PURSUANT TO D.C.COLO.LCivR 6.1(a)**

---

Pursuant to D.C.COLO.LCivR 6.1(a), the parties hereby stipulate to an extension of time of seven days—to and including Friday, April 24, 2026—for Defendants to file an answer or other response to the Complaint.

Pursuant to D.C.COLO.LCivR 6.1(c), the parties are contemporaneously serving a copy of this stipulation on their respective clients.

APPROVED AS SUBMITTED ON April 16, 2026:


s/    *Michael Lee Francisco*
Michael Lee Francisco
First & Fourteenth PLLC
800 Connecticut Avenue NW
Suite 300
Washington, DC 20006
202-998-1978
michael@first-fourteenth.com
***For Education ReEnvisioned BOCES***

s/    *Joseph A. Peters*
Joseph Allen Peters
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6179
Joe.Peters@coag.gov
***For Defendants***


s/    *Michael H. McGinley*
Michael H. McGinley
Dechert LLP
2929 Arch Street

1

2

Cira Centre
Philadelphia, PA 19104-2808
215-994-4000
Fax: 215-994-2222
michael.mcginley@dechert.com
*For Riverstone Academy*

**CERTIFICATE OF SERVICE**

This is to certify that I have served the foregoing **STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO D.C.COLO.LCivR 6.1(a)** upon all parties using the court's CM/ECF filing system, this 16th day of April 2026.

*/s/Dave Sluss*