**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-00595-SKC-MDB
EDUCATION REENVISIONED BOCES;
RIVERSTONE ACADEMY,

     *Plaintiffs*,

vs.

SUSANA CORDOVA, in her official capacity as Commissioner of Education;
REBECCA MCCLELLAN,
YAZMIN NAVARRO,
LISA ESCARCEGA,
KATHY GEBHARDT,
SHERRI WRIGHT,
KRISTI BURTON BROWN,
STEVE DURHAM,
KARLA ESSER, and
KATHY PLOMER, in their official capacities as members of the Colorado State
Board of Education.

     *Defendants*.

---

**NOTICE OF VOLUNTARY DISMISSAL**

---

Plaintiffs Education Reenvisioned BOCES and Riverstone Academy hereby voluntarily dismiss this action against all Defendants, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

1

Respectfully submitted this 22nd day of May, 2026.

*s/ Michael H. McGinley*
Michael H. McGinley
DECHERT LLP
1900 K Street, NW, Washington, DC,
United States of America 20006-1110
(202) 261-3378
michael.mcginley@dechert.com

*Attorneys for Plaintiff Riverstone
Academy*

David J. Hacker
Hiram S. Sasser, III
Jeremiah G. Dys
Holly M. Randall
First Liberty Institute
2001 W. Plano Parkway
Suite 1600
Plano, TX 75075
(972) 941-4444
hsasser@firstliberty.org
jdys@firstliberty.org
hrandall@firstliberty.org

*Attorneys for Plaintiffs*

*s/ Michael L. Francisco*
Michael L. Francisco
James Compton
FIRST & FOURTEENTH PLLC
800 Connecticut Avenue, NW
Suite 300
Washington D.C. 20006
(202) 998-1978
michael@first-fourteenth.com
james@first-fourteenth.com

Lincoln Davis Wilson
FIRST & FOURTEENTH PLLC
784 S. Clearwater Loop # 8011
Post Falls, ID 83854
(719) 234-0938
lincoln@first-fourteenth.com

Rebekah Miller
Miller Farmer Carlson
5665 Vessey Road
Colorado Springs, CO 80908
(719) 439-4310
rebekah@millerfarmercarlson.com

*Attorneys for Plaintiff Education
Reenvisioned BOCES*

2

## CERTIFICATE OF SERVICE

I certify that on May 22, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following email addresses:

Michelle Berge
Joseph Peters
Jana Fischer
Colorado Attorney General's Office
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203
720-508-6179
michelle.berge@coag.gov
Joe.Peters@coag.gov
Janna.fisher@coag.gov

*s/Kelly Callender*
FIRST & FOURTEENTH PLLC